UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DIGITAL OUTFIT, INC., | Case No. 17-cv-00970-BAS-JLB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS ACTION** |
| v. | |
| exhibiTEAM, *et al.*, | |
| Defendants. | |
| JOSHUA PITTMAN, | |
| Counter-Claimant, | |
| v. | |
| DIGITAL OUTFIT, INC., *et al.*, | |
| Counter-Defendants. | |

Presently before the Court is a joint motion for dismissal of the entire action with prejudice, filed by Plaintiff Digital Outfit, Inc. and Defendants exhibiTEAM, Scott Arbogast, Heidi Fitzgerald, and Defendant/Counter-claimant Joshua Pittman. (ECF No. 45.) The parties have stipulated to dismissal of all claims with prejudice. They further request that the Court retain jurisdiction to enforce the terms of a

settlement agreement into which the parties have entered.  (*Id.*)

On September 18, 2017, the parties met at an Early Neutral Conference ("ENC") held by Magistrate Judge Jill L. Burkhardt and settled the case. (ECF No. 43.)  Judge Burkhardt subsequently ordered the parties to file a joint motion for dismissal by October 20, 2017 with this Court, (ECF No. 44), which the parties have done.

Although the parties here do not cite the basis for the dismissal, the Court will treat the requested dismissal as brought pursuant to Rule 41(a)(1)(A)(ii) in light of the parties' stipulation.  Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective on the filing of the notice or stipulation and no court order is required.  *Stone v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766, at *1 (E.D. Cal. Feb. 16, 2007).  Local rules, however, require that all stipulations must be filed as a joint motion.[1]  The general rule is that dismissal pursuant to a stipulation is without prejudice, unless the parties request otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  Here, the parties specifically stipulate to a dismissal with prejudice.

Having considered the parties' request, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action in its entirety.  Each party shall bear its own costs and fees.  The Clerk of the Court is directed to close the case.

Further, the Court **DECLINES** to retain jurisdiction over the settlement agreements.  Although the parties settled at an ENC held by Judge Burkhardt, the parties have not provided any of the material terms of the settlement agreement to

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

1 | this Court, or a copy of the agreement.

2 | **IT IS SO ORDERED.**

3 | **DATED:  October 24, 2017**

Hon. Cynthia Bashant
United States District Judge